UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                                  Case No. 6:14-bk-06580-CCJ
                                                                        Chapter 7
PATRICK JAY MCGUFFIN,
SHEILA ANN MCGUFFIN,

    Debtors.
_____/


PATRICK JAY MCGUFFIN,                                                   Case No: 6:14-ap-00126-CCJ
SHEILA ANN MCGUFFIN,

    Plaintiffs,
v.

HOMEWARD RESIDENTIAL, INC., et. al.,

    Defendants.
_____/

## MOTION FOR ORAL ARGUMENT

Defendants, HOMEWARD RESIDENTIAL, INC. ("Homeward"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and OCWEN LOAN SERVICING ("Ocwen"), through counsel, move the Court to schedule oral argument on the Defendants' Motion for Summary Judgment as to Count II (Doc. 19), filed on July 8, 2015, and the Plaintiffs' Response (Doc. 23), filed on August 6, 2015.

The outstanding issue concerns a matter of law (i.e. whether the discharge injunction prohibits the perfection of an otherwise valid and properly attached mortgage executed by the Debtors). There appear to be no issues of fact. Defendants request that the Court hold oral argument on the remaining legal issue. Oral argument should require no more than 30 minutes,

15 minutes for each side, with Defendants, as movants, having the opportunity for a 2 to 3 minute rebuttal.

   WHEREFORE, Defendants request that the Court schedule oral argument on this matter, and request that such oral argument be scheduled, if possible, on an available date and time in the next thirty (30) days, as scheduling permits.

   Dated November 3, 2015.

                                    */s/ C. Andrew Roy*
                                    C. ANDREW ROY
                                    Florida Bar No. 91629
                                    aroy@whww.com
                                    **WINDERWEEDLE, HAINES, WARD**
                                       **& WOODMAN, P.A.**
                                    Post Office Box 1391
                                    Orlando, FL 32802-1391
                                    (407) 423-4246
                                    (407) 423-7014 (facsimile)
                                    Attorneys for Homeward Residential, Inc.,
                                    Mortgage Electronic Registration Systems,
                                    Inc. and Ocwen Loan Servicing, LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on November 3, 2015, a copy of the within pleading was served via CM/ECF to all parties/attorneys on the list to receive electronic service/notice in this case.

                                    */s/ C. Andrew Roy*
                                    C. ANDREW ROY

2